# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 09-1410

_____

Lindsey K. Springer,                           *
                                               *
            Appellant,                         *
                                               *
                                               *   Appeal from the United States
      v.                                       *   District Court for the
                                               *   Western District of Missouri.
                                               *
Springfield Business Journal; Martin           *
Dingman; Shane Grady, Matt Wagner,             *       [UNPUBLISHED]
                                               *
            Appellees.                         *

_____

Submitted: January 29, 2010
Filed: February 4, 2010

_____

Before BYE, RILEY, and SHEPHERD, Circuit Judges.

_____

PER CURIAM.

      Lindsey Springer appeals the district court's[1] adverse judgment in his diversity action alleging defamation. After careful review, we find his arguments to be without merit. See Schaaf v. Residential Funding Corp., 517 F.3d 544, 549 (8th Cir.) (de novo standard of review for Rule 12(b)(6) dismissal), cert. denied, 129 S. Ct. 222 (2008), Johnson v. Blauket, 453 F.3d 1108, 1112 (8th Cir. 2006) (de novo standard of review

_____

[1]The Honorable Sarah W. Hays, United States Magistrate Judge for the Western District of Missouri, to whom the case was referred for final disposition by consent of the parties pursuant to 28 U.S.C. § 636(c).

for summary judgment decision); <u>Pony Computer, Inc. v. Equus Computer Sys. of Mo.</u>, 162 F.3d 991, 996 (8th Cir. 1998) (determination that claim is ripe for summary judgment is reviewed for abuse of discretion); <u>Perkins v. Spivey</u>, 911 F.2d 22, 28 n.6 (8th Cir. 1990) (noting that otherwise proper ruling is not erroneous merely because it has incidental effect of precluding jury trial).  Accordingly, we affirm.  <u>See</u> 8th Cir. R. 47B.

_____